NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIAM C. SPENCE,                        )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D18-4040
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
_____ )

Opinion filed August 9, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

William C. Spence, pro se.


PER CURIAM.


                    Affirmed.


VILLANTI, SLEET, and BADALAMENTI, JJ., Concur.